# U. S. DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

Natalie Peters,
Plaintiff,

v.

Case No.: _____

**26-cv-830**

Paul Bugenhagen Jr
Defendant, In Personal Capacity.

U.S. District Court
Wisconsin Eastern

MAY 1 1 2026

FILED
Clerk of Court

## FEDERAL COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF

## COMPLAINT

### I. JURISDICTION

1. This action arises under the self-executing provisions of the Constitution of the United States (Article VI Supremacy Clause and the Fifth Amendment Due Process Clause), the Articles of Confederation (as preserved in Article IV, Section 4), and federal statutes:
   - 28 U.S.C. § 2201 (Declaratory Judgment Act)
   - 28 U.S.C. § 2202 (Further Relief)
   - 28 U.S.C. § 1331 (Federal Question)
   - 28 U.S.C. § 2284 (Three-Judge Court)
2. Jurisdiction is non-discretionary; the Constitution's self-executing mandates and the requirement for a three-judge court bind the judiciary regarding verified absences of lawful qualifications for office and apportionment.

### II. PARTIES

1. Plaintiff: Natalie Peters, a woman endowed with inherent, unalienable rights and self-executing immunities as safeguarded by the Constitution of the United States.
2. Defendant: Paul Bugenhagen Jr, a man who is purportedly holding a public office as a circuit judge of trust and profit but is sued in his personal capacity due to the verified absence of lawful qualification.

### III. STATEMENT OF FACTS

1. Plaintiff submitted multiple verified requests for public records to the Wisconsin Office of the Secretary of State, seeking:
   - Official Public Oath of Office
   - Official Public Fiduciary Bond
   - Certificates confirming the existence or non-existence of the above documents.
2. These verified requests were made on various dates in 2026:
   - February 15 and 25 / March 6, 18 and 19 / April 8 and 13
3. The Office of the Secretary of State responded with statements that "No responsive records exist" on the following dates:
   - February 20, 2026 (Reference No. 51041)
   - March 5, 2026 (Reference No. 71367)
   - March 26, 2026 (Reference No. 71755)
   - April 13, 2026 (Reference No. 82357)

### IV. MANDATORY OPERATION OF LAW

1. The U.S. Constitution, Wisconsin Constitution, and applicable statutes impose non-discretionary ministerial duties upon individuals claiming authority in a public office of trust and profit. These include filing a lawful oath and being bound by an official fiduciary bond before exercising any authority. Non-compliance results in:
   - Patent disqualification
   - Total absence of lawful authority
   - Self-executing jurisdictional nullity of all acts performed
2. These are fixed legal realities with no room for judicial discretion.

COMPLAINT

Page 1 of 3

## V. HOHFELDIAN JURAL RELATIONS (ANALYSIS OF RIGHTS, DUTIES, DISABILITIES)

1. Plaintiff holds absolute constitutional rights to due process and self-executing immunities from unauthorized exercises of power.
2. Defendant bears mandatory duties to act only with verified lawful authority and is completely disabled from exercising coercive power absent proper qualification.
3. Absence of Power: Without qualification, the defendant possesses no power to create obligations, alter Plaintiff's status, or bind Plaintiff; all such attempts are jurisdictional nullities by operation of law.

## VI. SELF-EXECUTING CONSTITUTIONAL VIOLATIONS

These violations exist as a matter of law and require mandatory federal intervention:

- Unauthorized exercise of power under color of authority
- Per se denial of due process
- Unlawful restraints on liberty and property
- Void proceedings before a tribunal lacking verified qualification

## VII. DECLARATORY JUDGMENT

The following facts are established as legal realities with no judicial discretion to the contrary:

1. Any exercise of authority by the defendant without a lawful Official Public Oath of Office and an Official Public Fiduciary Bond on file with the Secretary of State is unconstitutional, void ab initio, and a complete nullity.
2. Plaintiff possesses absolute, self-executing immunity from all unauthorized acts performed by the defendant under color of authority but without lawful qualification.
3. Defendant is under a total legal disability to exercise any coercive power, jurisdiction, or authority over Plaintiff, and lacks the power to create obligations or alter Plaintiff's legal status.

## VIII. INJUNCTIVE RELIEF (MANDATORY BY OPERATION OF LAW)

The following relief is required to restore the republican form of government and to halt ongoing constitutional violations:

1. Defendant is automatically and immediately enjoined from any further exercise of purported authority over Plaintiff absent verified qualification; all such acts are and remain jurisdictional nullities.
2. All proceedings, orders, warrants, and actions taken by the defendant against the plaintiff are declared void ab initio and must be vacated as a matter of law.

## IX. IRREPARABLE HARM (EXISTING FACT)

Plaintiff is currently suffering, and will continue to suffer, irreparable harm to life, liberty, property, and unalienable rights through ongoing coercive proceedings, loss of business, conversion of property, and physical, emotional, and spiritual injury. Such harm is not compensable by money damages and constitutes a continuing trespass, taking, and breach of the peace by operation of law.

## X. PRAYER FOR RELIEF (MANDATORY ACKNOWLEDGMENT)

WHEREFORE, by operation of self-executing constitutional law, the Articles of Confederation, and the Republican Form of Government, Plaintiff demands that this Court:

1. Convene a three-judge district court to adjudicate the constitutional challenge raised herein;
2. Formally acknowledge and declare the legal realities stated in Section VII above;
3. Issue the injunctive relief required in Section VIII to cease all unauthorized acts;
4. Grant any and all further relief necessary to fully restore Plaintiff's rights.

COMPLAINT

## XIII. VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my firsthand knowledge and belief.

Dated: May 7, 2026

By: _____

Natalie Peters, Plaintiff
c/o 300 E. Broadway
Waukesha, WI 53186-8999
trust@gwelite.org
307-357-1256

**COMPLAINT**